**John J. TURI, Plaintiff–Appellant,**

v.

**Thomas STACEY, Stacey International, (Stacey Arts, Ltd), Stacey Publishing Ltd, Struan Simpson, Keith Young, Defendants–Appellees.**

No. 15–10823
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Dec. 16, 2015.

John J. Turi, Hernando, FL, pro se.

Thomas Stacey, London, UK, pro se.

Stacey International, (Stacey Arts, Ltd), London, UK, pro se.

Stacey Publishing Ltd, London, UK, pro se.

Struan Simpson, London, UK, pro se.

Keith Young, London, SW, pro se.

Before MARTIN, JILL PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Plaintiff John J. Turi, proceeding *pro se*, appeals the district court's order dismissing his claims against foreign defendants for lack of personal jurisdiction. After careful review of the briefs and the record, we find no error and affirm based on the magistrate judge's well-reasoned November 25, 2014 report and recommendation, which the district court adopted in its January 28, 2015 order.

**AFFIRMED.**